UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Louise Befumo,

        Plaintiff,                              Civil No. 05-2693 (RHK/JSM)

vs.                                       **DISQUALIFICATION AND**
                                           **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company LLC, formerly doing
business as Pfizer Inc., f/k/a Pharmacia &
Upjohn Company,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2005

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge